135 F.3d 766
 Alfred R. Rich, Sherry Rich
v.
James Bailey, Code Enforcement Officer, Borough of
Glenolden, Borough Council of Glenolden Borough, George E.
Hassel, Denise McCarthy, Sarah A. Dougherty, Joseph
Selfridge, Theodore Bathurst, Karen Carlucci, Francis
O'Neill, Albert Kelley, William Reese
 NO. 97-1058
 United States Court of Appeals,
Third Circuit.
 Dec 01, 1997
 
 Appeal From: E.D.Pa. ,No.9506932 ,
 Waldman, J.
 
 
 1
 Affirmed.